**DRUMMOND LAW FIRM, P.C.**
Craig W. Drummond, Esq.
Nevada Bar No. 011109
810 S. Casino Center Blvd., Ste 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **Theodore and Rhonda Elwell** ) | Case No.: :18-CV-0540-HDM-CBC |
| ) | |
| Plaintiffs, ) | **Notice of Settlement** |
| ) | |
| vs. ) | |
| ) | |
| **Jayco, Inc. and Sierra RV Supercenter Inc.,**) | |
| **a foreign corporation; DOES I-V; and** ) | |
| **ROE CORPORATIONS VI-X, inclusive,** ) | |
| ) | |
| Defendants. ) | |

Plaintiffs, hereby notify the court that the parties have reached a settlement in the matter. The parties will follow-up with a stipulation for dismissal once the settlement has been finalized.

**RESPECTFULLY SUBMITTED** this 5th day of February, 2019.

//SIGNED//

By:_____
    Craig W. Drummond, Esq.
    Nevada Bar No. 0011109
    810 S. Casino Center Blvd., Ste 101
    Las Vegas, NV 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of February, 2019, the undersigned served the

foregoing **NOTICE OF SETTLEMENT** on all counsel herein by causing a true copy to be served via

the CM/ECF system, which was served via electronic transmission.

Karie N. Wilson, Esq.
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
T: (702) 384-7000
F: (702) 385-7000
kwilson@alversontaylor.com
*Attorney for Defendants*

/s/ AD

_____

An Employee of DRUMMOND LAW FIRM