J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant
Jayco, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE and RHONDA ELWELL,<br><br>Plaintiffs,<br><br>v.<br><br>JAYCO, INC., a foreign corporation; SIERRA RV SUPERCENTER, INC., a Nevada corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | CASE NO: 3:18-cv-00540-HDM-CBC |

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs THEODORE and RHONDA ELWELL, and Defendants JAYCO, INC. and SIERRA RV SUPERCENTER, INC., by and through their respective counsel of record, that Plaintiffs' claims are hereby DISMISSED with prejudice, the parties to bear their own fees and costs.

. . .

.           .           .

. . .

KNW 25914

*Theodore and Rhonda Elwell v. Jayco, Inc. and Sierra RV Supercenter, Inc.*
*Case No.: 3:18-cv-00540-HDM-CBC*
*Stipulation and Order to Dismiss Plaintiffs' claims, with Prejudice*

| Dated this 25th day of March, 2019. | Dated this 25th day of March, 2019. |
|---|---|
| ALVERSON TAYLOR & SANDERS | DRUMMOND LAW FIRM |
| */s/ Karie N. Wilson* | */s/ Craig W. Drummond* |
| J. BRUCE ALVERSON, ESQ.<br>Nevada Bar No. 1339<br>KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>6605 Grand Montecito Pkwy, Ste. 200<br>Las Vegas, NV 89149<br>702-384-7000 Phone<br>702-385-7000 Fax<br>Attorneys for Defendant Jayco, Inc. | CRAIG W. DRUMMOND, ESQ.<br>Nevada Bar No. 11109<br>810 S. Casino Center Blvd., Ste. 101<br>Las Vegas, NV 89101<br>702-366-9966 Phone<br>Attorney for Plaintiffs |

Dated this 25th day of March, 2019.

PERRY & WESTBROOK

*/s/ Alan W. Westbrook*

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
CHERYL H. WILSON, ESQ.
Nevada Bar No. 5021
1701 W. Charleston Blvd., Ste. 200
Las Vegas NV 89102
702-870-2400 Phone
702-870-8220 Fax
Attorneys for Defendant
Sierra RV Super Center, Inc.

KNW 25914

*Theodore and Rhonda Elwell v. Jayco, Inc. and Sierra RV Supercenter, Inc.*
*Case No.: 3:18-cv-00540-HDM-CBC*
*Stipulation and Order to Dismiss Plaintiffs' claims, with Prejudice*

### ORDER FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE

Pursuant to the foregoing stipulation of counsel and good cause appearing therefore, the claims asserted by and on behalf of Plaintiffs THEODORE and RHONDA ELWELL, are hereby DISMISSED WITH PREJUDICE, the parties to bear their own fees and costs.

**IT IS SO ORDERED**

Dated this 25th day of March, 2019.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

ALVERSON TAYLOR & SANDERS

*/s/ Karie N. Wilson*
_____
J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendant Jayco, Inc.

n:\bruce.grp\z-client\25914\pleadings\sao dismiss.docx